UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY HEIDELBERG         ]
    Plaintiff,            ]
                           ]
v.                         ]    No. 3:10-1209
                           ]    JUDGE HAYNES
METROPOLITAN DEVELOPMENT AND ]
HOUSING AUTHORITY, et al.  ]
    Defendants.           ]

O R D E R

The Court has before it a *pro se* civil complaint (Docket Entry No.1) and an application to proceed *in forma pauperis* (Docket Entry No.2).

Plaintiff is a resident of Nashville. In his application, he has provided no information whatsoever explaining how he has supported himself over the past twelve (12)months. As a consequence, the Court is unable to ascertain Plaintiff's current financial situation in order to determine whether he is deserving of pauper status.

Accordingly, Plaintiff is hereby **GRANTED** fourteen (14) days from the date of entry of this order on the docket in which to submit a written statement setting forth in detail how he has supported himself for the past six months, including any income and assets available to him. Plaintiff is forewarned that, should he fail to comply with these instructions in a timely manner, this

action will be dismissed for failure to comply and for want of prosecution. Rule 41(b), Fed.R.Civ.P.

It is so **ORDERED**.

**ENTERED** this the ___ day of December, 2010.


_____
WILLIAM J. HAYNES, JR.
United States District Judge